UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JEREMY A. BROWN, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 1:10-cv-01224-KOB-HGD |
| ) | |
| HARRY G. LAPPIN, Director of ) | |
| Bureau of Prisons, et al., ) | |
| ) | |
| Defendants ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on September 1, 2011, recommending that this action be dismissed under 28 U.S.C. § 1915A(b). No objections were filed by either party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DONE this 27th day of October, 2011.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE