UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JEREMY A. BROWN, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 1:10-cv-01224-KOB-HGD |
| ) | |
| HARRY G. LAPPIN, Director of ) | |
| Bureau of Prisons, et al., ) | |
| ) | |
| Defendants ) | |

## **FINAL JUDGMENT**

In accordance with the Memorandum of Opinion entered contemporaneously herewith and with Rule 58, FED. R. CIV. P., the court ORDERS that plaintiff's claims in this action be DISMISSED pursuant to 28 U.S.C. § 1915A(b). Plaintiff is hereby put on notice that the dismissal of this action is a dismissal countable for purposes of 28 U.S.C. § 1915(g).

Costs are taxed to the plaintiff.

For information regarding the cost of appeal, see the attached notice.

DONE this 27th day of October, 2011.

*/s/ Karon O. Bowdre*
_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE